UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GERRY C. DuBOSE,

Plaintiff,

v. CIVIL: 02-20 (MJD/JGL)

JANET E. ANDREWS, NGOCI J. WAMUO,
HENNEPIN COUNTY MEDICAL CENTER,
and HENNEPIN FACILITY ASSOCIATES,

Defendants.

---

ORDER OF DISQUALIFICATION AND DIRECTION TO THE
CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Title 7 list of the automated case assignment system.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above captioned case.

DATED: February 7, 2002

MICHAEL J. DAVIS, Judge
United States District Court

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

February 8, 2002

Gerry C. BuBose, Civil No. 02-20 MJD/JGL

Plaintiff,

v.

Janet E. Andrews, Ngoci J. Wamuo,
Hennepin County Medical Center, and
Hennepin Facility Associates
Defendant.

Civil No. **02-20 RHK/JMM**

This case no. 02-20 has been re-assigned to Judge Richard H. Kyle and Magistrate James M. Mason. Pease note new judge initials above and refer to those initials when filing pleadings with the District Court.